UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA SCHRIPSEMA,<br><br>  Plaintiff,<br><br>  v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>  Defendant. | CASE NO. 2:23-cv-01443-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

On November 7, 2023, the Parties were ordered to submit a joint status report by January 2, 2024. Dkt. No. 8. The Court has not received any report, and there has been no docket activity since November 16, 2023. Accordingly, the Parties are ORDERED to submit their joint status report **within seven (7) days** of this Order.

Dated this 22nd day of January 2024.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1