UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA SCHRIPSEMA,<br><br>               Plaintiff,<br><br>    v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>               Defendant. | CASE NO. 2:23-cv-01443-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

In their joint status report (Dkt. No. 12), the Parties state that they anticipate this matter will be determined on cross-motions for summary judgment and will not go to trial. *Id.* at 3–4. Accordingly, the Parties are DIRECTED to file, **within fourteen (14) days** of this Order, a proposed briefing schedule for summary judgment motions and any other deadlines the Parties believe necessary to the resolution of this matter.

Dated this 23rd day of January 2024.

                                                   Ravi Subramanian
                                                   Clerk of the Court

                                                 s/ Kadya Peter
                                                 Deputy Clerk