UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA SCHRIPSEMA,<br><br>               Plaintiff,<br>    v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>               Defendant. | CASE NO. 2:23-cv-01443-TL<br><br>ORDER SETTING DISPOSITIVE MOTION BRIEFING SCHEDULE |

This matter is before the Court on the Parties' Joint Proposed Briefing Schedule. Dkt. No. 18. The Parties previously informed the Court that they anticipate this matter will be determined on cross-motions for summary judgment and will not go to trial. *See* Dkt. No. 12 at 3–4. The Court finds the proposed schedule to be reasonable and will adopt it.

Accordingly, it is hereby ORDERED:

(1)    Each Party SHALL file a dispositive motion on **May 24, 2024**.

(2)    All responses SHALL be due on **June 17, 2024**.

(3)    All replies SHALL be due on **June 21, 2024**.

Dated this 6th day of February 2024.

Tana Lin
United States District Judge