**Honorable Tana Lin**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH SCHRIPSEMA,<br><br>Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:23-cv-01443-TL<br><br>PLAINTIFF JOSHUA SCHRIPSEMA's<br><br>ORDER ON MOTION TO DISMISS WITH PREJUDICE |

ON THIS, day, this Court considered the Motion of Plaintiff JOSEPH SCHRIPSEMA to dismiss all claims against Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY with prejudice and finds that the Motion is well taken.  It is therefore:

ORDERED, ADJUDGED AND DECREED that Plaintiff JOSEPH SCHRIPSEMA Motion to Dismiss all claims against Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY with prejudice is GRANTED and all claims and causes of action by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

No additional claims by any party are pending in this action against any party, and this dismissal order is a final judgment disposing of all claims in this action.

Page 1 –  PLAINTIFF JOSHUA SCHRIPSEMA'S ORDER ON MOTION TO DISMISS
Case No. 2:23-cv-01443-TL

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW
403 HEIGHTS BLVD.
HOUSTON, TEXAS 77007
(713) 228-8888
FAX (713) 225-094

1   Cost of court and attorney's fees are to be borne by the party incurring same.

2

3        SIGNED this 20th day of June 2024

4
                         _____
                         Tana Lin
                         United States District Judge

5

Page 2 –   PLAINTIFF JOSHUA SCHRIPSEMA'S ORDER ON MOTION TO
           DISMISS
Case No. 2:23-cv-01443-TL

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW
403 HEIGHTS BLVD.
HOUSTON, TEXAS 77007
(713) 228-8888
FAX (713) 225-094

1        DATED this 19th day of June, 2024.

2                                    MARC WHITEHEAD & ASSOCIATES

3

4                                    _____/s/ Britney McDonald_____
                                     Britney McDonald (admitted Pro Hac Vice)
5                                    britney@marcwhitehead.com
6                                    Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3 –   PLAINTIFF JOSHUA SCHRIPSEMA'S ORDER ON MOTION TO
           DISMISS
Case No. 2:23-cv-01443-TL

MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW
403 HEIGHTS BLVD.
HOUSTON, TEXAS 77007
(713) 228-8888
FAX (713) 225-094